NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SECURITIES AND EXCHANGE COMMISSION,**
*Plaintiff-Appellee,*

**v.**

**ONYX CAPITAL ADVISORS, LLC**
AND **MICHAEL A. FARR,**
*Defendants,*

AND

**ROY DIXON, JR.,**
*Defendant-Appellant.*

---

2013-1110

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 10-CV-11633, Judge Denise Page Hood.

---

## O R D E R

The court considers whether this appeal should be dismissed or transferred.

Roy Dixon, Jr. appeals from a judgment of the United States District Court for the Eastern District of Michigan which granted summary judgment in favor of the Securi-

ties and Exchange Commission for violations of the Securities Act and the Exchange Act it found that Dixon committed. This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter. 28 U.S.C. § 1295.

Accordingly,

IT IS ORDERED THAT:

(1) The parties are directed to respond within 14 days from the date of filing of this order concerning whether this appeal should be transferred to the United States Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. § 1631.

(2) The briefing schedule is stayed.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26